**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III,<br><br>   Plaintiff,<br><br>   v.<br><br>G. R. SALAZAR; et al.,<br><br>   Defendants.<br>_____/ | No. C 08-5378 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Plaintiff filed an <u>ex parte</u> request for a sixty-day extension of time to file his opposition to defendants' motion to dismiss. Upon due consideration of the request and the accompanying declaration of plaintiff, the court GRANTS the request. (Docket # 24.) The court now sets the following new briefing schedule:

1. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **July 2, 2010**.

2. Defendants must file and serve their reply brief (if any) no later than **July 30, 2010**.

IT IS SO ORDERED.

Dated: April 26, 2010

_____
SUSAN ILLSTON
United States District Judge