UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, | No. C 08-5378 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| G. R. SALAZAR; et al., | |
| Defendants. / | |

Summary judgment having been granted in favor of defendants Sanchez and Salazar, judgment is hereby entered in their favor. Plaintiff shall take nothing by way of his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 25, 2011

_____
SUSAN ILLSTON
United States District Judge